ACCEPTED
12-13-00005-CV
TWELFTH COURT OF APPEALS
TYLER, TEXAS
2/26/2015 8:34:20 AM
CATHY LUSK
CLERK

THE LAW OFFICES OF
**TED B. LYON & ASSOCIATES, P.C.**
TOWN EAST TOWER - SUITE 525, 18601 LBJ FREEWAY
MESQUITE, TEXAS 75150-5632
TEL (972) 279-6571          FAX (972) 279-3021

TED B. LYON, JR.
BILL ZOOK*
RICHARD MANN
JOHN HALLMAN
*Board Certified in
Personal Injury and Civil Trial Law
Texas Board of Legal Specialization

MARQUETTE WOLF
BEN TAYLOR
JOSH BIRMINGHAM
†Board Certified in
Civil Appeals
Texas Board of Legal Specialization
"Licensed in Oklahoma

FILED IN
12th COURT OF APPEALS
TYLER, TEXAS
2/26/2015 8:34:20 AM
CATHY S. LUSK
Clerk

## RONALD & CHARLENE MASTEN'S NOTICE OF WAIVER OF RESPONSE

February 26, 2015

Mr. Blake Hawthorne, Clerk
Texas Supreme Court
201 W. 14th, Room 104
Austin, Texas 78701

RE:          No. 12-13-00005-CV; *The Good Shepherd Hospital, Inc. Petitioner v. Ronald Masten and Charlene Masten, Respondents*

Dear Mr. Hawthorne:

Under Texas Rule of Appellate Procedure 53.3, Respondents, Ronald and Charlene Masten do not intend to file a response to the above-referenced petition for review unless the Supreme Court requests one. Respondent requests that the petition be forwarded immediately to the Supreme Court for consideration.

Respectfully submitted,

**TED B. LYON & ASSOCIATES, P.C.**

By: _____
          **BILL ZOOK**
          State Bar No. 22285500

          Town East Tower, Suite 525
          18601 LBJ Freeway
          Mesquite, Texas 75150
          Telephone: (972) 279-6571
          Facsimile: (972) 279-3021
          bzook@tedlyon.com

**ATTORNEY FOR RESPONDENT**

## CERTIFICATE OF SERVICE

Plaintiff hereby certifies that a true and correct copy of Respondents' Notice of Waiver of Response has been served on counsel for the Petitioner on this the 26th day of February, 2015.

BILL ZOOK